**Opinion issued May 20, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-20-00652-CV**

———————————

## IN RE PRINCETON CAPITAL CORPORATION, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Princeton Capital Corporation has filed a motion to dismiss its petition for writ of mandamus, contending that the petition is moot because the trial court ruled on the motions on which relator had originally sought a ruling.[1] No opposition to the motion has been filed.

---

[1] The underlying case is *Princeton Capital Corporation v. Great Value Storage LLC, World Class Capital Group LLC, and Natin Paul*, cause number 2019-18855, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula Hall presiding.

We grant the motion.  We dismiss this original proceeding.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.